JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE M. GARZA, JR., <br><br>           Petitioner, <br>   vs. <br><br>F. FOULK, Warden, <br><br>           Respondent. | Case No. SACV 14-0634-ABC (DTB) <br><br>**J U D G M E N T** |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 5, 2014

                                                    AUDREY B. COLLINS <br>
                                                    UNITED STATES DISTRICT JUDGE